STATE OF CONNECTICUT *v.* MICHAEL J. MARSALA

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 582 (AC 25509), is denied.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided April 7, 2006

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 787 (AC 26088), is denied.